UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STANDFORD STATION | CIVIL ACTION NO. 09-CV-1076 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of written objections thereto, and after an independent review of the record, and having determined that the findings and recommendation of the Magistrate Judge are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **denied.**

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 7th day of September, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE